MERCHANTS REFRIGERATING COMPANY, Appellant, *v.* BENJA-
MIN TITMAN CORPORATION et al., Respondents.

Argued January 24, 1941; decided April 17, 1941.

*Murray C. Bernays* and *Harold D. Klipstein* for appellant.

*John E. Geraty* for Benjâmin Titman Corporation, respondent.

*John A. Kelly* for Borden Company, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.